■ In the Matter of the Claim of WILLIAM ESSAPOUR, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 17, 1975, which disqualified claimant from receiving benefits because he voluntarily left his employment in order to marry in Persia. Claimant's testimony that he went to Persia to attend to the health and business needs of his sick father and his previous statement that he went to Persia to marry presented a factual issue and an issue of credibility. The resolution of these issues was within the province of the board and, since its determination is supported by substantial evidence, it should not be disturbed (Matter of Weber [Catherwood], 32 AD2d 697). Decision affirmed, without costs. Herlihy, P. J., Greenblott, Kane, Koreman and Main, JJ., concur.

■ In the Matter of the Claim of RUSSELL R. SINACORI et al., Appellants. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 7, 1975, which denied claimants' application to reopen and reconsider the board's prior decision filed May 30, 1974, which prior decision had heretofore been appealed to this court and unanimously affirmed (Matter of Sinacori [Levine], 46 AD2d 973). The question of whether or not a board should reopen a decision is a matter addressed to the discretion of the board (Matter of Dixon [Levine], 41 AD2d 868) and, indeed, this court decided this question and the other issues raised on this appeal in a prior appeal involving the instant claimants (Matter of Sinacori [Levine], supra). Decision affirmed, without costs. Herlihy, P. J., Greenblott, Kane, Main and Larkin, JJ., concur.